UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

CHECKERED FLAG EQUIPMENT SALES AND

Case No. 04-32343-DOT

Chapter 7

Debtor(s)

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Dept. of Motor Vehicles<br>P.O. Box 27422<br>Richmond, VA 23261 | $2.67 |

Dated: December 16, 2010

/s/ Sherman B. Lubman
SHERMAN B. LUBMAN, Trustee
P. O. BOX 5757
GLEN ALLEN, VA   23058-5757

(804) 290-4490

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the U.S. Trustee, at 701 East Broad St., Room 4304, Richmond, VA 23219 on December 16, 2010.

/s/ Sherman B. Lubman
SHERMAN B. LUBMAN

Date: 12/16/10

Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 04-32343 - CHECKERED FLAG

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Dept. of Motor Vehicles**<br>PO Box 27422<br>Richmond, VA 23261 | **000036B** | 76.84 | 2.67 |
| ----------- Remittance Total --------------- | | 76.84 | 2.67 |

SHERMAN B. LUBMAN, TRUSTEE

COURT1

Printed: 12/16/10 11:12 AM    Ver: 16.01a